UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DANA COOK,

    Plaintiff,

v.                            CASE NO. 3:09-cv-295-J-20MCR

MERCEDES-BENZ USA, LLC.,

    Defendant.
_____/

## ORDER

This cause is before this Court on a "Notice of Compliance with Local Rule 2.0(d)" (Dkt. 23). In light of this filing, it is **ORDERED** that the Show Cause Order (Dkt. 22) is **DISCHARGED**.

DONE AND ENTERED at Jacksonville, Florida, this ___ day of June, 2010.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Kenneth W. Lockwood, Esq.
Patrick J. Cremeens, Esq.
W. H. Ruby, Esq.
Heather M. Calhoon, Esq.
Jonathan Freidman, Esq.